UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

RAVEN SECURITIES, INC.,
et al,

    Plaintiff,

v.

CITY OF EAST ST. LOUIS IL, et al,

    Defendants.                      No. 13-cv-639-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court on Defendant's Motions to Dismiss (Doc. 26 and 29).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on July 2, 2014 (Doc. 45) granting Defendant's Motions to Dismiss, this case is **DISMISSED.**   Counts I, II, IV-XVIII are **DISMISSED** with prejudice. Count III is **DISMISSED** without prejudice. Judgment is entered upon a finding of no just reason for delay.

                                JUSTINE FLANAGAN,
                                ACTING CLERK OF COURT

                                BY:   */s/Caitlin Fischer*
                                         **Deputy Clerk**

Dated:   July 3, 2014

Digitally signed by
David R. Herndon
Date: 2014.07.03
11:30:19 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT